United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Franklin Javier Rivera Ponce, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-4933 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER FOR STATUS REPORT

Petitioner Franklin Javier Rivera Ponce filed a Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 seeking release from immigration detention at the Montgomery Processing Center in Conroe, Texas. Doc. 1. A search of the U.S. Immigration and Customs Enforcement's Online Detainee Locator System using Petitioner's Alien Registration Number and country of birth returns zero results, which suggests Petitioner is no longer in immigration detention.[1] Likewise, a search of the Executive Office for Immigration Review's Automated Case Information System indicates that Petitioner was granted voluntary departure on August 24, 2026, and that no appeal was filed with the Board of Immigration Appeals, further suggesting that Petitioner is no longer in immigration detention.[2]

---

[1] *See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/ (last visited October 21, 2026).

[2] *See* Executive Office for Immigration Review, *Automated Case Information System*, https://acis.eoir.justice.gov/ (last visited October 21, 2026).

Respondents are ORDERED to file a status report **within three (3) days** of this Order stating whether Petitioner remains in their custody. If Petitioner is no longer in Respondents' custody, the status report must describe Petitioner's removal or release from custody with sufficient detail for the Court to determine whether the Petition has become moot.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of November, 2026.

Nicholas J. Ganjei
United States District Judge